IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHAEL GREEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY | ) | Case No. 4:21-cv-00681 |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Green and Defendant BNSF Railway Company hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own attorneys' fees, costs, and expenses incurred for this action.

Dated: October 5, 2021

| | |
|---|---|
| */s/ Zachary W. Tobin* | /s/ Sean P. Hamer |
| Zachary W. Tobin    MO#72170 | Scott R. Ast    MO#51699 |
| PRATT AND TOBIN | SCHARNHORST AST KENNARD GRIFFIN, PC |
| 150 South Bellwood Drive | 1100 Walnut, Suite 1950 |
| East Alton, IL 62024 | Kansas City, MO  64106-2197 |
| T: (618) 259-8011 | T: (816) 268-9400 |
| F: (618) 259-6793 | F: (816) 268-9409 |
| lawoffice@prattandtobin.com | shamer@sakg.com |
| *Attorney for Plaintiff* | *Attorney for BNSF Railway Company* |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2021, the above and foregoing was electronically filed with the Clerk of the United States District Court utilizing the court's CM/ECF system

/s/ *Sean P. Hamer*  
Attorney for BNSF Railway Company
